UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   RONDA R. KNIGHT<br><br>                            Debtor | CASE NO: 08-32970<br>            (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014649**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 31 | MIDLAND MORTGAGE CO<br>ATTN BANKRUPTCY DEPARTMENT<br>999 N W GRAND BLVD SUITE 100<br>OKLAHOMA CITY, OK  73118 | 0.10 |
| 14/ 35 | MIDLAND MORTGAGE CO<br>ATTN BANKRUPTCY DEPARTMENT<br>999 N W GRAND BLVD SUITE 100<br>OKLAHOMA CITY, OK  73118 | 27.31 |
| 2/#14/ 3 | MIDLAND MORTGAGE CO<br>ATTN BANKRUPTCY DEPARTMENT<br>999 N W GRAND BLVD SUITE 100<br>OKLAHOMA CITY, OK  73118 | 0.07 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/7/2010

Certificate of Service          08-32970

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RONDA R. KNIGHT
2890 WOODMAN DRIVE
DAYTON, OH  45420

LEE HOHL
1839 EAST STROOP RD
KETTERING, OH  45429

(28.1n)
GREGORY A STOUT
MAPOTHER & MAPOTHER PSC
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(26.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(3.4)
HOLLY WOLF
PO BOX 165028
COLUMBUS, OH  43216

(3.3)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(3.1)
MIDLAND MORTGAGE CO
ATTN BANKRUPTCY DEPARTMENT
999 N W GRAND BLVD SUITE 100
OKLAHOMA CITY, OK  73118

(27.1n)
RECOVERY MANAGEM SYS CORP
25 SE 2ND AVE
STE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    sv